JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN DEON TURNER JR., | Case No. CV 17-0290-PA (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| WILLIAM SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 26, 2019

Percy Anderson
UNITED STATES DISTRICT JUDGE